IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　**CASE NO. 5:07-cr-7-RS-CJK**

**ARTHUR WILLIAMS, JR.,**

    **Defendant.**
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 226). No objections have been filed.

**IT IS ORDERED:**

    1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

    2.    Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 190) is **DENIED**.

**ORDERED** on November 21, 2011.

                           /S/ Richard Smoak
                           **RICHARD SMOAK**
                           **UNITED STATES DISTRICT JUDGE**